IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | | |
|---|---|---|---|---|
| IN RE: | Felinda C. Jackson | § | Case Number: | 15-30283-LKG-7 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

　　　　PLEASE TAKE NOTICE THAT Capital One Auto Finance, a division of Capital One, N.A. hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group hereby requests that:
　　　　(i)　　　all notices given or required to be given in the case; and
　　　　(ii)　　　all pleadings and correspondence served or required to be served in this case,

regarding Capital One Auto Finance, a division of Capital One, N.A. should be directed to Ascension Capital Group at the following mailing address effective immediately:

　　Attn:  Capital One Auto Finance, a division of Capital One, N.A. Department
　　Ascension Capital Group
　　Account:  XXXXX2639
　　P.O. Box 201347
　　Arlington, TX 76006

　　　　This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marian Garza
　　　　　　　　　　　　　　　　　　　　　　　　Marian Garza
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Servicer for Capital One Auto Finance, a division of Capital One, N.A.
　　　　　　　　　　　　　　　　　　　　　　　　Ascension Capital Group
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 201347
　　　　　　　　　　　　　　　　　　　　　　　　Arlington, TX 76006
　　　　　　　　　　　　　　　　　　　　　　　　(817) 277-2011, Fax (817) 461-8070
　　　　　　　　　　　　　　　　　　　　　　　　ecfnotices@ascensioncapitalgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　File # 1025065